**Order entered August 14, 2013**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01016-CV

### VSR FINANCIAL SERVICES, INC., CHAPMAN HEXT & CO., P.C., GREGORY W. HEXT, CH WEALTH MANAGEMENT, LLC, WHITE ROCK ADVISORS, LLC, AND CHARLES E. CHAPMAN, Appellants

### V.

### GORDON B. MCLENDON, JR., AND TRI-STATE THEATRES, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01326**

## ORDER

The Court has before it appellant White Rock Advisors, LLC's April 23, 2013 Motion to Dismiss it from this appeal on the basis that appellees Gordon B. McLendon, Jr. and Tri-State Theatres nonsuited their claims against White Rock Advisors, LLC. Appellees have not filed a response to that motion.

We **GRANT** appellant White Rock Advisors, LLC's motion to dismiss it from this appeal, and we **DISMISS** appellant White Rock Advisors, LLC from this appeal.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE